IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PENSACOLA BEACH COMMUNITY
UNITED CHURCH, INC., a Florida
non-profit corporation,
    Plaintiff,

v.                              Case No. 3:06cv236/RV/EMT

NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH,
PENNSYLVANIA,
    Defendant.
_____/

## O R D E R

This cause is before the court upon Defendant's ("National Union") Motion to Strike Plaintiff's Expert Witness, Memorandum of Law, and Request for Sanctions (Doc. 43), and Plaintiff's Response thereto (Doc. 46).  National Union has alleged that the expert report of James J. Mallet, an expert for Plaintiff, does not comply with Federal Rule of Civil Procedure 26(a)(2).  No party, however, has filed a copy of Mr. Mallet's expert report for the court's review.  The court finds that a review of Mr. Mallet's report is required for resolution of this matter.

Accordingly, it is **ORDERED**:

On or before 1:00 p.m. on Friday, March 9, 2007, Plaintiff shall file a full and complete copy of James J. Mallet's expert report.

**DONE AND ORDERED** this  7th  day of March 2007.


                                    */s/ Elizabeth M. Timothy*
                                    **ELIZABETH M. TIMOTHY**
                                    **UNITED STATES MAGISTRATE JUDGE**