IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


PENSACOLA BEACH COMMUNITY
UNITED CHURCH, INC., a Florida
non-profit corporation,
    Plaintiff,

v.                                          Case No. 3:06cv236/RV/EMT

NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH,
PENNSYLVANIA,
    Defendant.
_____/

## **ORDER**

    This cause is before the court upon Plaintiff's Motion for Rehearing and Response to Court's Order Compelling Better Responses (Doc. 52), which the court has construed as a motion for reconsideration.  Also before the court is a Notice of Settlement of Discovery Issues (Doc. 57), filed in response to this court's March 9, 2007 order setting a hearing on the motion for reconsideration (Doc. 55).  The notice indicates that the parties have reached an agreement regarding the issues raised in the motion for reconsideration; thus, the motion for reconsideration shall be denied as moot.  The notice also indicates that the parties specifically waive any sanctions against each other for any of the discovery issues referenced in this court's March 9, 2007 order.  Thus, Defendant need not submit documentation of its fees and expenses as previously ordered (*see* Doc. 49 at 7).

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion for Rehearing and Response to Court's Order Compelling Better Responses (Doc. 52) is **DENIED as moot**.

2. The hearing scheduled for March 16, 2007 (*see* Doc. 55) on Plaintiff's motion for reconsideration is hereby **CANCELLED**.

3. Defendant shall not be required to submit documentation of fees or expenses as previously ordered by this court (*see* Doc. 49 at 7), and no sanctions shall be awarded to either party.

**DONE AND ORDERED** this 15th day of March 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**