# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PENSACOLA BEACH COMMUNITY UNITED
CHURCH INC.,

    VS                                                                                    CASE NO.  3:06cv236/RV/EMT

CONFERENCES OF THE UNITED CHURCH
OF CHRIST INSURANCE BOARD, ET AL

**REFERRAL AND ORDER**

Referred to Judge Vinson on  05/08/2007

Type of Motion/Pleading REQUEST FOR ORAL ARGUMENT ON ITS MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF CODE UPGRADES.

Filed by: DEFENDANT NATIONAL UNION FIRE FIRE INSURANCE    on 5/7/07    Doc. No. 72

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

                      on              Doc. No.     

                      on              Doc. No.     

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Teresa Cole
Deputy Clerk: Teresa Cole

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 21st day of May, 2007, that:

(a) The requested relief is GRANTED.

(b) Oral argument is scheduled on defendant's motion for summary judgment on the issue of code upgrades for **Wednesday, June 20, 2007, at 1:30 p.m.,** Courtroom 5, United States Courthouse, 1 N. Palafox St, Pensacola, Florida.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.