**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**PENSACOLA BEACH COMMUNITY
UNITED CHURCH, INC.,**

        **Plaintiff,**

        **v.**               **Case No. 3:06cv236/RV/EMT**

**NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PENNSYLVANIA,**

        **Defendant.**

_____/

**ORDER OF DISMISSAL**

The Court having been advised that the issue of Property Damages has been settled between the parties, it is ORDERED:

(1)  This cause is hereby dismissed, with prejudice and without taxation of costs.  Remaining, however, is the issue of the plaintiff's attorney's fees, which has not been settled, and the Court expressly retains jurisdiction for a period of 120 days to resolve that if the parties are not able to settle the attorney's fee issue.  Oral argument on defendant's pending motion for summary judgment is cancelled.

(2)  In the event settlement is not consummated for any reason, the Court reserves the power, upon motion filed by any party within 60 days after date, to amend, alter or vacate and set aside this order of dismissal.

DONE AND ORDERED this 21st day of August, 2007.


/s/ *Roger Vinson*_____
**ROGER VINSON
Senior United States District Judge**