IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PENSACOLA BEACH COMMUNITY
UNITED CHURCH, INC.,**

          Plaintiff,

    v.          Case No. 3:06cv236/RV/EMT

**NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PENNSYLVANIA,**

          Defendant.
_____/

## ORDER OF DISMISSAL

The Court having been advised that all issues have been settled between the parties, it is ORDERED:

(1)  This cause is hereby dismissed, with prejudice and without taxation of costs.

(2)  In the event settlement is not consummated for any reason, the Court reserves the power, upon motion filed by any party within 60 days after date, to amend, alter or vacate and set aside this order of dismissal.

DONE AND ORDERED this 23rd day of October, 2007.


                    /s/ *Roger Vinson*
                    **ROGER VINSON
                    Senior United States District Judge**